**Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00374-CV

_____

**THREE THOUSAND AND NO/100 DOLLARS ($3,000.00) IN US CURRENCY, ET AL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66649**

## O R D E R

Appellant's brief was due July 9, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **August 27, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM